ACCEPTED
03-14-00148-CV
5647136
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/11/2015 5:00:01 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00148-CV

**IN THE THIRD COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/11/2015 5:00:01 PM
JEFFREY D. KYLE
Clerk

**MEHMET TURAN ERKAN,**

*Appellant*,

**v.**

**HABIBE NALAN ERKAN,**

*Appellee*.

## MOTION TO WITHDRAW AS CO-COUNSEL

Matthew Kolodoski, attorney for MEHMET TURAN ERKAN, asks the Court's permission to withdraw as co-counsel in this appeal.

### A. INTRODUCTION

1. Appellant is MERMET TURAN ERKAN; appellee is HABIBE NALAN ERKAN.

2. Jennifer L. Mathis is presently lead counsel for MERMET TURAN ERKAN in this appeal. Matthew Kolodoski is presently co-counsel for MERMET TURAN ERKAN. Jennifer L. Mathis is not withdrawing as counsel in this case.

3. MERMET TURAN ERKAN has agreed to this motion.

## B. ARGUMENT & AUTHORITIES

4. The Court may permit an attorney to withdraw as counsel on appeal. Tex. R. App. P. 6.5.

5. Matthew Kolodoski has accepted a position working at the U.S. District Court for the Northern District of Texas and is not permitted to represent clients during his employment at his new job. Jennifer L. Mathis is staying on this case as lead counsel for MERMET TURAN ERKAN.

6. There are no current deadlines or settings in this case.

7. Matthew Kolodoski sent a copy of this motion to MERMET TURAN ERKAN. Tex. R. App. P. 6.5(a)(3), (b).

8. Matthew Kolodoski informed MERMET TURAN ERKAN of his right to object to this motion. Tex. R. App. P. 6.5(a)(4). MERMET TURAN ERKAN has agreed to this motion.

9. Jennifer L. Mathis will still continue to represent MERMET TURAN ERKAN on appeal and all correspondence should continue to be sent to her as lead attorney for MERMET TURAN ERKAN.

## C. PRAYER

10. For these reasons, Matthew Kolodoski asks the Court to grant this motion and permit him to withdraw as co-counsel in this appeal.

Respectfully submitted,

/s/ Matthew Kolodoski
Texas Bar Number No. 24081963
matthew@hqattorneys.com
MACKOY HERNANDEZ QUALLS
  BROWN & ZAHN, LLP
6017 W. Main Street, Second Floor
Frisco, Texas 75034
Telephone:  (214) 387-9056
Facsimile:   (214) 387-4910

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he tried contacting Habibe Nalan Erkan, who is representing herself pro se on appeal, regarding this motion multiple times on June 11, 2015. However, the telephone number that the undersigned counsel has for Ms. Erkan states that the "mailbox is full," so the undersigned is unable to leave a telephone message. Moreover, the undersigned further states that he has no email address for Ms. Erkan.

/s/ Matthew Kolodoski

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing instrument was mailed to Appellee on June 11, 2015, at the following address:

Habibe Nalan Erkan
8804 Tallwood Drive
Austin, Texas 78759

/s/ Matthew Kolodoski